**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-12250
Non-Argument Calendar
_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

CLEVELAND BLACKSHEAR, III,
a.k.a. Cleve,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:24-cr-00003-MW-MAF-2
_____

Before JORDAN, JILL PRYOR, and KIDD, Circuit Judges.

PER CURIAM:

Sheryl J. Lowenthal, appointed counsel for Cleveland Black-shear, III, in this direct criminal appeal, has moved to withdraw

2                          Opinion of the Court                    25-12250

from further representation of the appellant and filed a brief pursu-
ant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent
review of the entire record reveals that counsel's assessment of the
relative merit of the appeal is correct.  Because independent exam-
ination of the entire record reveals no arguable issues of merit,
counsel's motion to withdraw is **GRANTED**, and Blackshear's
convictions and total sentence are **AFFIRMED**.